# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| MADHAVI BHAMIDIPATI, | Case No. 1:21-cv-00485-SJD |
| Plaintiff, | Judge Susan J. Dlott |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

In consideration of the Parties' Joint Notice of Settlement and Request to Stay, it is hereby ordered that all deadlines in the captioned action are stayed for thirty (30) days.

Entered this __15__ day of __Feb._____, 2022 in Cincinnati, OH.

_____
United States Magistrate Judge

79632336v.1